SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>vs.<br><br>Fredrick W. Heinrich , et al,<br><br><br><br>    Defendants | Case No.: CIV.S 09-cv-02011-JAM-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF FREDRICK W. HEINRICH; KATHLEEN T. MCSHANE AND ORDER**<br><br>Complaint Filed: JULY 21, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Fredrick W. Heinrich; Kathleen T. McShane) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendants (Fredrick W. Heinrich; Kathleen T. McShane) are dismissed because Plaintiff is unable to achieve proper service on these Defendants.

Dated: January 8, 2010                     /s/Scott N. Johnson
                                           SCOTT N. JOHNSON
                                           Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

3  Dated: January 11, 2010                              /s/ John A. Mendez
                                                       U. S. DISTRICT COURT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                 CIV: S-09-02011-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com